UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CRANBERRY FINANCIAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | No. 5:10-CV-524-FL |
| CENTER OF LOVE MISSION CHURCH ) | |
| and PASTOR RACHEL BARRETT, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED,** in accordance with the court's order entered December 17, 2010, that plaintiff's motion is granted, and this case is remanded to the General Court of Justice, Superior Court Division, Wayne County, North Carolina.

**This Judgment Filed and Entered on December 28, 2010, and Copies To:**

Stephen D. Martin (via CM/ECF Notice of Electronic Filing)
Kelli Goss Hopkins (via CM/ECF Notice of Electronic Filing)
Center of Love Mission Church and Rachel Barrett (via U.S. Mail)
    500 Wood Street, Goldsboro, NC 27534
The Honorable Pam Minshew, Wayne County Clerk of Superior Court (via U.S. Mail)
    224 E. Walnut Street, Room 230, Goldsboro, NC 27530


December 28, 2010        DENNIS P. IAVARONE, CLERK
                                    /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk